UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ENGLISH,

    Plaintiff,

v.

U.S. MARINE GENERAL, et al.,

    Defendants.

Case No. 22-cv-05983 EJD (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Dkt. No. 5.  On December 15, 2022 and December 16, 2022, the Court issued orders reassigning this case to the Undersigned.  Dkt. Nos. 11,12.  On December 28, 2022 and January 4, 2023, the orders were returned as undeliverable because Plaintiff was no longer in custody.  Dkt. Nos. 13, 14.  To date, Plaintiff has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

1   More than sixty days have passed since the mail addressed to Plaintiff at the Yuba
2   County Jail in Marysville was returned as undeliverable. The Court has not received a notice
3   from Plaintiff regarding a new address. Accordingly, the instant civil rights action is
4   **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.
5   The Clerk shall terminate any pending motions.
6   **IT IS SO ORDERED.**
7   Dated:  March 6, 2023

EDWARD J. DAVILA
United States District Judge